IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS V. HELEAN,

      Plaintiff,                    No. CIV S 06-1162 LKK EFB P

    vs.

D. HAWLEY, et al.,

      Defendants.              O R D E R

_____/

      Plaintiff is a state prisoner proceeding without counsel *in forma pauperis* in an action against prison officials for civil rights violations. See 28 U.S.C. § 1915(a). This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a). Plaintiff has been assessed an initial payment of $1.20. Thereafter, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2). The agency having custody of plaintiff is required to forward payments from plaintiff's account to the Clerk of the Court each time the amount in the account exceeds $10 until the filing fee is paid.

////

////

1   The Clerk of the Court shall serve a copy of this notice and a copy of plaintiff's *in forma*
2   *pauperis* application upon the Director of the California Department of Corrections and
3   Rehabilitation and deliver a copy of this notice to the Clerk's financial division.
4   So ordered.
5   Dated: August 30, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

8   \hele1162. ord to cdc - ini pymnt