IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS V. HELEAN,

      Plaintiff,                  No. CIV S-06-1162 LKK EFB P

     vs.

D. HAWLEY, et al.,

      Defendants.             FINDINGS & RECOMMENDATIONS

_____/

     Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He filed his complaint on May 30, 2006. On August 30, 2006, the court found that the complaint stated a cognizable claim as to defendant D. Hawley but not as to any other defendant. The court gave plaintiff 20 days (i.e., until September 19, 2006) to submit materials for service of process on defendant D. Hawley or, alternatively, 30 days (i.e., until September 29, 2006) to file a first-amended complaint.

     The times for acting have passed and plaintiff has not submitted the materials necessary to serve process on defendant D. Hawley, nor has he filed an amended complaint or otherwise responded to the August 30, 2006, order.

////

////

1

1     Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without
2 prejudice. See Fed. R. Civ. P. 41(b).
3     These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 DATED:   October 17, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE