IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS V. HELEAN,

        Plaintiff,                      No. CIV S-06-1162 LKK EFB P

    vs.

D. HAWLEY, et al.,

        Defendants.            ORDER

_____/

        Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On August 30, 2006, the court found plaintiff stated a cognizable claim against defendant D. Hawley and gave him the choice of filing an amended complaint within 30 days or submitting materials necessary for service of process within 20 days. On October 18, 2006, the court found that plaintiff failed to comply with that order and recommended that this action be dismissed without prejudice. On November 13, 2006, plaintiff filed objections.

        The court has examined the objections and, for the reasons stated below, finds that the findings and recommendations should be vacated.

        Plaintiff asserts that he was transferred from the Shasta County Jail to prison and that jail staff did not permit him to take his legal materials with him, making it impossible for him to comply with this court's order to submit materials necessary for service of process. The docket

shows that on October 25, 2006, plaintiff notified the court of his transfer and the confiscation of his legal materials.  Furthermore, the Clerk of the Court had to re-serve the findings and recommendations on plaintiff at his new address.

Accordingly, it is ORDERED that:

1. The October 18, 2006, findings and recommendations are vacated; and

2. The Clerk of the Court is directed to send to plaintiff a copy of the order and the Notice of Submission of Documents filed August 30, 2006, a blank summons, a copy of the pleading filed May 30, 2006, one USM-285 form and instructions for service of process on D. Hawley.

3 Plaintiff has 30 days from the date this order is served either to file an amended complaint or to submit to the court the Notice of Submission of Documents, the completed summons, the completed USM-285 form and two copies of the May 30, 2006, complaint, pursuant to paragraphs 3 and 4 of the order filed August 30, 2006.

4. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  November 30, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE