1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   THOMAS V. HELEAN,

11          Plaintiff,                    No. CIV S-06-1162 LKK EFB P

12          vs.

13   M. D. D. HAWLEY, et al.,

14          Defendants.                   <u>ORDER</u>

15   _____/

16          Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

17   *See* 42 U.S.C. § 1983.  On May 31, 2007, plaintiff filed a document styled, "Motion," in which

18   he requests that he not be required to act in this case until his release from prison, which

19   presently is scheduled for December 3, 2007.  The court construes this as a motion to modify the

20   April 10, 2007, schedule.

21          A schedule may be modified upon a showing of good cause.  Fed. R. Civ. P. 16(b).  Good

22   cause exists when the moving party demonstrates he cannot meet the deadline despite exercising

23   due diligence.  *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

24   Pursuant to the schedule, discovery closes August 27, 2007, and dispositive motions must be

25   filed no later than October 21, 2007.  Plaintiff asserts that he will better be able to gather

26   evidence and prosecute this action upon his release.  He does not explain what he has done thus

1

1  far, the nature of any difficulties he has had, or what he has yet to do.  Plaintiff has failed to

2  demonstrate that he is unable to meet the deadlines despite due diligence.

3       Plaintiff's May 31, 2007, motion therefore is denied.

4       So ordered.

5  Dated:   July 2, 2007.

6

7                 EDMUND F. BRENNAN
               UNITED STATES MAGISTRATE JUDGE